HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
HECTOR HSU (SBN 323657)
Email: hhsu@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836

Attorneys for Plaintiff INFINITY PRINTEX, INC.
a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY PRINTEX, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:22-cv-03189-PA-JC<br>Hon. Percy Anderson<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

- 1 -

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 20, 2022         LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Attorneys for Plaintiff
INFINITY PRINTEX, INC.

Dated: September 20, 2022         GREENBERG TRAURIG, LLP

By: /s/ Nina D. Boyajian
Nina D. Boyajian
Attorneys for Defendant
SHEIN DISTRIBUTION CORPORAITON

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 20, 2022         LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Attorneys for Plaintiff
INFINITY PRINTEX, INC.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)