JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY PRINTEX, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-03189-PA-JC<br>Hon. Percy Anderson<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

1

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Infinity Printex, Inc.'s action against Defendant Shein Distribution Corporation is dismissed with prejudice. Each party will be responsible for its own attorneys' fees and costs.

Dated: September 20, 2022

Percy Anderson
United States District Judge